IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

VARTAURSE CORNELIOUS PENNS,
county inmate # 106945                                                                               **PLAINTIFF**

VERSUS                                                   CIVIL ACTION NO.  1:16-cv-92-LG-RHW

GEORGE COUNTY REGIONAL
CORRECTIONAL FACILITY, ET AL.                                                  **DEFENDANTS**

### ORDER

BEFORE THE COURT are the following unsigned pleadings submitted by Pro se Plaintiff Vartaurse Cornelious Penns:  Response [ECF No. 9] to the Court's Order [ECF No. 8] for more information;  Second Motion to Amend [ECF No. 10];  and Third Motion to Amend [ECF No. 13].  Plaintiff failed to place his signature on the pleadings as required by Rule 11 of the Federal Rules of Civil Procedure.  He will be provided an opportunity to correct this deficiency.  Accordingly, it is, hereby,

ORDERED that the Clerk of Court shall mail to Plaintiff a copy of the signature page of his Response [ECF No. 9], his Second Motion to Amend [ECF No. 10];  and his Third Motion to Amend [ECF No. 13], along with a copy of this Order.  If Plaintiff would like these pleadings to remain filed, he is directed to place his signature on the documents and return them to the Court no later than May 9, 2016.

IT IS FURTHER ORDERED that Plaintiff is warned that his failure to comply with this Order in a timely manner will result in the unsigned pleadings being stricken from the record, without further notice to Plaintiff.  *See* Rule 11(a) of the Federal Rules of Civil Procedure.

Plaintiff is warned that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address, will result in the dismissal of this case.

SO ORDERED, THIS, the 25th day of April, 2016.

                                              s/Robert H. Walker
                                              UNITED STATES MAGISTRATE JUDGE