### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**VARTAURSE CORNELIOUS PENNS**                                        **PLAINTIFF**

**v.**                                        **CAUSE NO. 1:16CV92-LG-RHW**

**WILLIAM JORDAN, et al.**                                        **DEFENDANTS**

### FINAL JUDGMENT

This matter is before the Court on submission of the [58] Report and

Recommendation of United States Magistrate Judge Robert H. Walker entered in

this cause on December 8, 2016.  The Court, having adopted said Report and

Recommendation as the finding of this Court by Order entered this date, finds that

this matter should be dismissed.  Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby,

**DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 29th day of December, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE